IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-CR-256 |
| | § | Judge Mazzant |
| MICHAEL CROOK (01) | § | |
| SHAVONN RENEE JACKSON (02) | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNTS ONE – THREE**

Violation: 18 U.S.C. § 1344(2)
(Bank Fraud)

1. Beginning on or about a date unknown, but as early as May 2022, and continuing until on or about September 26, 2022, in the Eastern District of Texas, and elsewhere, **Michael Crook** and **Shavonn Renee Jackson**, defendants, did knowingly execute, and attempt to execute, a scheme and artifice to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and other property from Truist Bank (the Bank), a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

**Overview of the Scheme and Artifice**

2. **Crook** and **Jackson** pretended to own and operate Taylor Made Waters, Inc., which they said manufactured and sold bottled water to convenience stores. **Crook** and **Jackson** tricked the Bank into extending them lines of credit, which they withdrew,

and attempted to withdraw, to use for personal expenses instead of business expenses, contrary to their representations to the Bank.

## Purpose of the Scheme and Artifice

3. It was the general purpose of the scheme and artifice for **Crook** and **Jackson** to unlawfully and unjustly enrich themselves by obtaining money and other property from the Bank by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means of the Scheme and Artifice

The manner and means of the scheme and artifice included, among other things, the following:

4. **Crook** and **Jackson** held themselves out to the Bank as the owners and operators of Taylor Made Waters, Inc., a water bottle manufacturing company that sold bottled water to convenience stores.

5. **Crook** and **Jackson** applied for, and obtained, a $350,000 line of credit and a $750,000 guidance line of credit from the Bank.

6. **Crook** and **Jackson** made materially false representations to the Bank during the underwriting process in order to obtain the lines of credit.

7. Specifically, **Crook** and **Jackson** submitted fabricated bank statements for Taylor Made Waters, Inc. that exponentially inflated the company's cash on hand.

8. **Crook** and **Jackson** also represented to the Bank that the line of credit would be used to operate their business, Taylor Made Waters, Inc., and that the guidance line of credit would be used specifically to purchase equipment for the business.

9. In fact, **Crook** and **Jackson** used the Bank's money for personal expenses, including to make payments on their personal credit cards and to make rent payments. **Crook** and **Jackson** also sent wiring instructions to the Bank to wire money into accounts disguised as vendor accounts that were, in fact, controlled by **Crook** and **Jackson**. They also withdrew approximately $131,000 in cash.

10. These representations, and others, from **Crook** and **Jackson** influenced the Bank, insofar as the Bank relied on these representations when making its decision to extend the lines of credit.

### Acts in Execution of the Scheme and Artifice

11. On or about the dates below, in the Eastern District of Texas, and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and obtain money from the Bank, by means of false and fraudulent pretenses, representations, and promises, the defendants, **Crook** and **Jackson**, acting with the intent to defraud, knowingly committed the following acts in execution of the scheme and artifice:

| Count | Date | Description of Act |
|-------|------|--------------------|
| 1 | 8/9/2022 | **Crook** and **Jackson** provided the Bank with fabricated purchase orders for two vehicles. |
| 2 | 9/6/2022 | **Crook** and **Jackson** provided the Bank with a warehouse lease. |
| 3 | 9/14/2022 | **Crook** and **Jackson** provided the Bank with fabricated Taylor Made Waters, Inc. bank statements. |

In violation of 18 U.S.C. § 1344(2).

## COUNT FOUR

Violation: 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud)

12. Beginning on or about a date unknown, but as early as May 2022, and continuing until on or about September 26, 2022, in the Eastern District of Texas, and elsewhere, **Michael Crook** and **Shavonn Renee Jackson**, defendants, and others, known and unknown to the grand jury, did knowingly combine, conspire, confederate, and agree to commit bank fraud, a violation of Title 18, United States Code, Section 1344(2), as charged in Counts One through Three of the indictment, and, knowing the unlawful purpose of the agreement, did join in it willfully, that is, with the intent to further its unlawful purpose.

13. The allegations in paragraph 2 are realleged and incorporated by reference as the Overview of the Conspiracy.

14. The allegations in paragraph 3 are realleged and incorporated by reference as the Purpose of the Conspiracy.

15. The allegations in paragraphs 4 – 10 are realleged and incorporated by reference as the Manner and Means of the Conspiracy.

16. The allegations in paragraph 11 are realleged and incorporated by reference as Acts in Furtherance of the Conspiracy.

All in violation of 18 U.S.C. § 1349.

## COUNTS FIVE – SIX

Violation: 18 U.S.C. § 1014
(False Statements to a Bank)

17. Beginning on or about a date unknown, but as early as May 2022, and continuing until on or about September 26, 2022, in the Eastern District of Texas, and elsewhere, **Michael Crook** and **Shavonn Renee Jackson**, defendants, knowingly made false statements and reports with the intent to influence the lending actions of Truist Bank, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation.

18. Specifically, on or about the dates specified below, in the Eastern District of Texas, **Crook** and **Jackson**, defendants, made the following false statements and reports to Truist Bank:

| Count | Date | Description of False Statement |
|---|---|---|
| 5 | 8/9/2022 | **Crook** and **Jackson** provided the Bank with fabricated purchase orders for two vehicles. |
| 6 | 9/14/2022 | **Crook** and **Jackson** provided the Bank with fabricated Taylor Made Waters, Inc. bank statements. |

All in violation of 18 U.S.C. § 1014.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 982(a)(2)(A)

The allegations contained in this indictment are re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

Upon conviction for any of the offenses alleged in Counts One through Six of this indictment, defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property, real or personal, which constitutes or is derived from proceeds traceable to the respective offense, including, but not limited to, the proceeds traceable to the offense, in the form of a forfeiture money judgment.

[Remainder of page intentionally left blank.]

If any of the property described above, as a result of any act or omission of a defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property from that defendant, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____        10-19-2022
SEAN J. TAYLOR                                            Date
Assistant United States Attorney

Indictment – Michael Crook, et al.
Page 7 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:22-CR-_____ |
| | § | Judge _____ |
| MICHAEL CROOK (01) | § | |
| SHAVONN RENEE JACKSON (02) | § | |

## NOTICE OF PENALTY

### Counts One - Three

Violation:           18 U.S.C. § 1344(2)
                     (Bank Fraud)

Penalty:             A fine of $1,000,000, or twice the pecuniary gain to the defendant or loss of the victim(s), whichever is greater; imprisonment for not more than 30 years; and a term of supervised release of not more than 5 years.

Special
Assessment:          $100

### Count Four

Violation:           18 U.S.C. § 1349
                     (Conspiracy to Commit Bank Fraud)

Penalty:             A fine of $1,000,000, or twice the pecuniary gain to the defendant or loss of the victim(s), whichever is greater; imprisonment for not more than 30 years; and a term of supervised release of not more than 5 years.

Special
Assessment:          $100

## Counts Five – Six

| | |
|---|---|
| Violation: | 18 U.S.C. § 1014 <br> (False Statements to a Bank) |
| Penalty: | A fine of $1,000,000, or twice the pecuniary gain to the defendant or loss of the victim(s), whichever is greater; imprisonment for not more than 30 years; and a term of supervised release of not more than 5 years. |
| Special Assessment: | $100 |