IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-256 |
| | § | Judge Mazzant |
| MICHAEL CROOK (1) | § | |

**FINAL ORDER OF FORFEITURE**

On July 11, 2024, the defendant, Michael Crook, entered a plea of guilty to Count Four of the Indictment, which charged a violation of 18 U.S.C. § 1349, Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1344(2). Within the Indictment the Government included a notice of intent to forfeit proceeds of the offense pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c). The defendant entered into a written plea agreement with the Government and within that agreement the defendant agreed to forfeit to the United States proceeds of the offense in the form of a money judgment in the amount of $474,227.00, as such was proceeds obtained directly or indirectly as the result of the offense charged in Count Four of the Indictment. Further, the defendant has executed a factual basis, filed with the Court, admitting the elements of the offense charged in the Indictment. Within its motion for final order of forfeiture the Government seeks forfeiture of in the form of a money judgment in the amount of $474,227.00. Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $474,227.00 in the form of a money judgment in that amount, pursuant to 18

U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c) and based on the defendant's guilty plea to Count Four of the Indictment, his admissions in the factual basis on file, and the plea agreement that he signed. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the money judgment in the amount of $474,227.00 in whole or in part.

**SIGNED this 18th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE